# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-00992 |
| DAVID J. HARDESTY | § | Chapter 7 |
| ERIN M. HARDESTY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND
## DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 219 South Dearborn
> Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

> Date: 9/13/2013
> Time: 9:15 A.M.
> Location: Joliet City Hall
> Second Floor
> 150 West Jefferson Street
> Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  8/15/2013            By:   /s/ Joji Takada
                                              Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
DAVID J. HARDESTY § Case No. 12-00992
ERIN M. HARDESTY §
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 261,044.00 |
| and approved disbursements of | $ | 227,093.86 |
| leaving a balance on hand of[1] | $ | 33,950.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Bank of America Home Loans | $ 173,633.28 | $ 173,633.28 | $ 173,633.28 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 33,950.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 16,302.20 | $ 0.00 | $ 16,302.20 |
| Trustee Expenses: Joji Takada | $ 6.75 | $ 0.00 | $ 6.75 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 7,782.50 | $ 0.00 | $ 7,782.50 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 158.69 | $ 0.00 | $ 158.69 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,453.00 | $ 1,453.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Callero and Callero LLP | $ 3.41 | $ 3.41 | $ 0.00 |
| Other: All Vegas Valley Realty | $ 14,400.00 | $ 14,400.00 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 225.00 | $ 225.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 3.97 | $ 3.97 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 24,250.14 |
| Remaining Balance | $ 9,700.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 514,171.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PRA Receivables as agent for Portfolio Recovery Associates L | $ 3,317.18 | $ 0.00 | $ 62.58 |
| 2 | Bank Financial | $ 27,966.08 | $ 0.00 | $ 527.59 |
| 3 | CAPITAL ONE BANK (USA), N. A. | $ 14,138.65 | $ 0.00 | $ 266.73 |

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Wheaton Bank Trust Co | $ 468,750.00 | $ 0.00 | $ 8,843.10 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 9,700.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                            Case No. 12-00992-BWB
David J. Hardesty                                                 Chapter 7
Erin M. Hardesty
         Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0752-1             User: froman                 Page 1 of 3                Date Rcvd: Aug 16, 2013
                                 Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
db/jdb        +David J. Hardesty,    Erin M. Hardesty,    34 Countryview Drive,    Yorkville, IL 60560-9702
18356981      +Bank Financial,   15W060 North Frontage Rd,    Burr Ridge, IL 60527-6928
18356980      +Bank Financial,   Mail Processing Center,    6415 W. 95th St.,    Chicago Ridge, IL 60415-2630
18356982      +Bank Financial,   c/o Ekl, Williams, Provenzale LLC,    901 Warrenvilel Road, Ste. 175,
                Lisle, IL 60532-4379
18356984      +Bank of America,   PO Box 45144,    Jacksonville, FL 32232-5144
18356986       Bank of America,   PO Box 45224,    Jacksonville, FL 32232-5224
18356985       Bank of America,   PO Box 5170,    Simi Valley, CA 93062-5170
18356983      +Bank of America,   450 American St.,    Simi Valley, CA 93065-6285
18356987     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5075)
18356988      +Capital One,   Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
18767491       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
18356990      +Ekl, Williams, & Provenzale,    901 Warrenville Road, Ste. 175,    Lisle, IL 60532-4379
18356991      +Jeff Shilkaitis,   23707 Royal Worlington Drive,    Naperville, IL 60564-8222
18356992      +Joe McCaffrey & Associates,    2210 Sandburg Drive,    Aurora, IL 60506-1563
18356993      +Joseph P. McCaffery & Associates,    1816 S. Main,    Lombard, IL 60148-4942
18356994       Kanapali Beach Vacation Resort,    PO Box 863596,   Orlando, FL 32886-3596
18356995       Karen Pontoriero,   549 Danbury Drive,    Oswego, IL 60543-8043
18356996      +Kuhn, Mitchell, Moss, Mork, & Lecho,    111 E. Jefferson Ave.,    Naperville, IL 60540-4791
18356997      +Michael Nagy,   311 N. Norman,    Palatine, IL 60074-5775
19011556     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                Norfolk VA 23541)
18356998      +Pro Commercial Developments LLC,    2340 S. Eola Road,    Aurora, IL 60503-6409
18741603     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
18357000      +West Maui Resort Partners, LP,    104 Kanapali Shores Place,    Lahaina, HI 96761-9419
18456095      +Wheaton Bank & Trust,    211 S. Wheaton Ave.,    Wheaton, IL 60187-5256
18392974      +Wheaton Bank & Trust Co.,    c/o: Edward L. Filer and Adam C. Toosley,    Freeborn & Peters LLP,
                311 S. Wacker Dr., Suite 3000,    Chicago, IL 60606-6679
18357001      +Wintrust Bank,   727 N. Bank Lane,    Lake Forest, IL 60045-1887
18357002       Wintrust Financial Corp.,    6262 S. Route 83,   Willowbrook, IL 60527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18356989       E-mail/Text: dcubk@dupagecu.com Aug 17 2013 00:04:51     Dupage Credit Union,    PO Box 3930,
                Naperville, IL 60567-3930
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Cameron Yates-DeAngelo
18393769       Wheaton Bank & Trust Co.
18356999*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Bankruptcy Department,    PO Box 108,
                Saint Louis, MO 63166)
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: froman              Page 2 of 3              Date Rcvd: Aug 16, 2013
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: froman             Page 3 of 3              Date Rcvd: Aug 16, 2013
                              Form ID: pdf006          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2013 at the address(es) listed below:
          Adam C Toosley    on behalf of Creditor    Wheaton Bank & Trust Co. atoosley@freeborn.com,
           jschmidt@freeborn.com
          Charles H Shepard    on behalf of Debtor David J. Hardesty cshepard@ymail.com,
           cshepard@therogerslawgroup.com
          Charles H Shepard    on behalf of Joint Debtor Erin M. Hardesty cshepard@ymail.com,
           cshepard@therogerslawgroup.com
          David M Siegel    on behalf of Joint Debtor Erin M. Hardesty davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          David M Siegel    on behalf of Debtor David J. Hardesty davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Edward F. Filer    on behalf of Creditor    Wheaton Bank & Trust Co. efiler@freeborn.com,
           cryan@freeborn.com
          Frances  Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Micah R Krohn    on behalf of Trustee Joji  Takada mkrohn@fgllp.com,   ccarpenter@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                                                       TOTAL: 12