UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
DAVID J. HARDESTY                       §    Case No. 12-00992
ERIN M. HARDESTY                        §
                                        §
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____ . The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America 450 American St. Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 45144 Jacksonville, FL 32232 | | | | | |
| | West Maui Resort Partners, LP 104 Kanapali Shores Place Lahaina, HI 96761 | | | | | |
| | Bank of America Home Loans | | | | | |
| | Payment to Co-Owner | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Closing Costs (exam, recording and title fees; reimbursement charge) | | | | | |
| Negotiated Closing Credit | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| Illinois Department of Revenue | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| Callero and Callero LLP | | | | | |
| Callero and Callero LLP | | | | | |
| All Vegas Valley Realty | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Financial Mail Processing Center 6415 W. 95th St. Chicago Ridge, IL 60415 | | | | | |
| | Bank Financial Mail Processing Center 6415 W. 95th St. Chicago Ridge, IL 60415 | | | | | |
| | Capital One PO Box 85015 Richmond, VA 23285-5075 | | | | | |
| | Capital One PO Box 85015 Richmond, VA 23285-5075 | | | | | |
| | Dupage Credit Union PO Box 3930 Naperville, IL 60567-3930 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dupage Credit Union PO Box 3930 Naperville, IL 60567-3930 | | | | | |
| | Joe McCaffrey & Associates 2210 Sandburg Drive Aurora, IL 60506 | | | | | |
| | Joe McCaffrey & Associates 2210 Sandburg Drive Aurora, IL 60506 | | | | | |
| | US Bank Bankruptcy Department PO Box 108 Saint Louis, MO 63166 | | | | | |
| | US Bank Bankruptcy Department PO Box 108 Saint Louis, MO 63166 | | | | | |
| | Wheaton Bank & Trust 211 S. Wheaton Ave. Wheaton, IL 60187 | | | | | |
| | Wintrust Bank 727 N. Bank Lane Lake Forest, IL 60045 | | | | | |
| | Wintrust Bank 727 N. Bank Lane Lake Forest, IL 60045 | | | | | |
| 2 | Bank Financial | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N. A. | | | | | |
| 1 | PRA Receivables as agent for Portfolio Recovery Associates L | | | | | |
| 4 | Wheaton Bank Trust Co | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-00992 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | DAVID J. HARDESTY | | | | Date Filed (f) or Converted (c): | 01/12/2012 (f) |
| | ERIN M. HARDESTY | | | | 341(a) Meeting Date: | 02/01/2012 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 06/25/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 34 Countryview Drive Yorkville, Il 60560 | 300,833.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Home 1907 Spode Ave. Henderson, Nv 89014 David | 72,600.00 | 0.00 | | 240,000.00 | FA |
| 3. Timeshare Embassy Vacation Resort Kaanapali Beach Evm4026 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Chase Bank (Buisiness) | 400.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account State Bank (Personal) | 600.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account First Midwest Held In Business Name Value C | 165.00 | 0.00 | | 0.00 | FA |
| 7. T.V., & Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Normal Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Life Insurance Policies Term (2) Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance Policies (1) | 2,600.00 | 0.00 | | 0.00 | FA |
| 12. Erisa Qualified I.R.A. | 39,288.00 | 0.00 | | 0.00 | FA |
| 13. Erisa Qualified 401(K) | 95,913.00 | 0.00 | | 0.00 | FA |
| 14. Dry County Enterprises Earthmoving And Excavation Business D | 31,000.00 | 0.00 | | 14,000.00 | FA |
| 15. Pro-Commercial Development, Llc Co-Owned With Jeff Shilkaiti | 0.00 | 0.00 | | 0.00 | FA |
| 16. Illinois State Income Tax Refund 2010 | 738.00 | 0.00 | | 0.00 | FA |
| 17. 1996 Pontiac Firebird | 1,775.00 | 0.00 | | 0.00 | FA |
| 18. 1986 Ford E350 Van | 1,925.00 | 0.00 | | 0.00 | FA |
| 19. 2001 Monterey 32' Boat Bank Of America | 32,000.00 | 0.00 | | 0.00 | FA |
| 20. 2011 Tax refund | 7,044.00 | 7,044.00 | | 7,044.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

|  |  |  |  |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $589,681.00 | $7,044.00 | Gross Value of Remaining Assets $261,044.00 $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

121212--Henderson NV home liquidated and sale proceeds received; Debtor purchased estate's interest in privately held company and sale proceeds received; Tax returns filed and awaiting audit clearance.

| RE PROP # | 5  | -- | Inconsequential value/benefit to estate |
| RE PROP # | 6  | -- | Inconsequential value/benefit to estate |
| RE PROP # | 20 | -- | Nonexempt portion of 2011 tax refund |

Initial Projected Date of Final Report (TFR): 01/12/2014      Current Projected Date of Final Report (TFR): 01/12/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-00992 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: DAVID J. HARDESTY | Bank Name: Congressional Bank |
| ERIN M. HARDESTY | Account Number/CD#: XXXXXX6971 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9640 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/11/12 | 20 | Erin and David Hardesty | Non-exempt funds Nonexempt 2011 tax refund | 1129-000 | $7,044.00 | | $7,044.00 |
| 05/11/12 | | Nevada Title Company 2500 North Buffalo Drive Suite 150 Las Vegas, Nevada 89128 | Proceeds from sale Sale of 1/3 interest in residential property (Henderson, Nevada) | | $14,668.24 | | $21,712.24 |
| | | | Gross Receipts $240,000.00 | | | | |
| | | Bank of America Home Loans | ($173,633.28) | 4110-000 | | | |
| | | All Vegas Valley Realty PO Box 51374 Las Vegas, NV 89180 | ($14,400.00) | 3510-000 | | | |
| | | Closing Costs (exam, recording and title fees; reimbursement charge) | ($4,786.49) | 2500-000 | | | |
| | | Payment to Co-Owner | ($28,704.50) | 4110-000 | | | |
| | | Negotiated Closing Credit | ($3,807.49) | 2500-000 | | | |
| | 2 | | Single Family Home 1907 Spode Ave. Henderson, Nv 89014 David $240,000.00 | 1110-000 | | | |
| 05/11/12 | 2 | Nevada Title Company 2500 North Buffalo Drive Suite 150 Las Vegas, Nevada 89128 | Proceeds from sale Sale of residential property in Henderson, Nevada | 1110-000 | $4,800.00 | | $26,512.24 |
| 05/29/12 | 1001 | INTERNATIONAL SURETIES 701 Poydras St Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | $3.97 | $26,508.27 |
| 05/31/12 | 1002 (2) | All Vegas Valley Realty PO Box 51374 Las Vegas, NV 89180 | Broker commission payment | 1110-000 | ($4,800.00) | | $21,708.27 |
| 06/04/12 | 14 | Dave and Erin Hardesty | Proceeds from sale Sale to stock to debtors | 1129-000 | $14,000.00 | | $35,708.27 |
| 01/21/13 | 1003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Bankruptcy Estate Tax Payment | 2820-000 | | $225.00 | $35,483.27 |
| 02/12/13 | | Transfer to Acct # xxxxxx8832 | Transfer of Funds | 9999-000 | | $35,483.27 | $0.00 |
| | | | Page Subtotals: | | $35,712.24 | $35,712.24 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $35,712.24 | $35,712.24 |
| Less: Bank Transfers/CD's | $0.00 | $35,483.27 |
| Subtotal | $35,712.24 | $228.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,712.24 | $228.97 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-00992 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | DAVID J. HARDESTY | Bank Name: | The Bank of New York Mellon | |
| | ERIN M. HARDESTY | Account Number/CD#: | XXXXXX8832 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9640 | Blanket Bond (per case limit): | | |
| For Period Ending: | 11/12/2013 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx6971 | Transfer of Funds | 9999-000 | $35,483.27 | | $35,483.27 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.92 | $35,454.35 |
| 03/27/13 | 100001 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative Expense | 3410-000 | | $1,453.00 | $34,001.35 |
| 03/27/13 | 100002 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative Expense | 3420-000 | | $3.41 | $33,997.94 |
| 03/27/13 | 100003 | INTERNATIONAL SURETIES<br>701 Poydras St Suite 420<br>New Orleans, LA 70139 | 2013 Blanket bond disbursement | 2300-000 | | $47.80 | $33,950.14 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.70 | $33,897.44 |
| 04/11/13 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2690-000 | | ($52.70) | $33,950.14 |
| 09/19/13 | 100004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $16,302.20 | $17,647.94 |
| 09/19/13 | 100005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $6.75 | $17,641.19 |
| 09/19/13 | 100006 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution per court order. | 3210-000 | | $7,533.00 | $10,108.19 |
| 09/19/13 | 100007 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Final distribution per court order. | 3220-000 | | $158.69 | $9,949.50 |

Page Subtotals:  $35,483.27   $25,533.77

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-00992 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: DAVID J. HARDESTY | Bank Name: The Bank of New York Mellon |
| ERIN M. HARDESTY | Account Number/CD#: XXXXXX8832 |
| | Checking |
| Taxpayer ID No: XX-XXX9640 | Blanket Bond (per case limit): |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/13 | 100008 | PRA Receivables as agent for Portfolio Recovery Associates L<br>Portfolio Recovery Associates LLC<br>POBox 12914<br>Norfolk, VA 23541 | Final distribution per court order. | 7100-000 | | $64.19 | $9,885.31 |
| 09/19/13 | 100009 | Bank Financial<br>c/o Ekl Williams Provenzale LLC<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>Attn: Patrick Williams | Final distribution per court order. | 7100-000 | | $541.16 | $9,344.15 |
| 09/19/13 | 100010 | N. A. CAPITAL ONE BANK (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $273.59 | $9,070.56 |
| 09/19/13 | 100011 | Wheaton Bank Trust Co<br>c/o Ed Filer/Adam Toosley<br>Freeborn Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Final distribution per court order. | 7100-000 | | $9,070.56 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $35,483.27 | $35,483.27 |
| Less: Bank Transfers/CD's | $35,483.27 | $0.00 |
| Subtotal | $0.00 | $35,483.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $35,483.27 |

Page Subtotals: $0.00   $9,949.50

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX6971 - Checking Account | $35,712.24 | $228.97 | $0.00 |
| XXXXXX8832 - Checking | $0.00 | $35,483.27 | $0.00 |
|  | $35,712.24 | $35,712.24 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $225,331.76 |
|---|---:|
| Total Net Deposits: | $35,712.24 |
| Total Gross Receipts: | $261,044.00 |